## Commonwealth *v.* Dutill, Appellant.

Argued December 6, 1971. *Joseph Michael Smith,* with him *F. Emmett Fitzpatrick, Jr.,* and *Fitzpatrick & Smith,* for appellant; *Maxine J. Stotland,* Assistant District Attorney, with her *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Eckhart, Appellant.

Submitted December 13, 1971. *Frederick J. Lanshe,* Public Defender, for appellant; *Lawrence J. Brenner,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.